**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| TREXIS INSURANCE CORPORATION, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DYLAN C. SMELLEY, et al., )<br>)<br>Defendant(s). ) | Case No. 1:19-cv-00135-SRC |

## Memorandum and Order

This matter comes before the Court on [93] Defendants Cooter R-IV School District and David Mathis, Jr.'s Renewed Motion to Allow the Parties to Conduct Limited Discovery. The Court denies the motion for failure to comply with the undersigned's Judge's Requirements. The Court previously denied this motion for failure to comply the Requirements. *See* Doc. 91. The Court therefore orders that any renewed motion, compliant with the undersigned's Judge's Requirements, must be filed no later than January 29, 2021. Any response must be filed within the time set forth in the Requirements.

Additionally, on February 8, 2021 at 10:00 a.m. CST, the Court will hold a status conference by Zoom. Conference participants will receive a separate email to join the Zoom Conference. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

So Ordered this 20th day of January 2021.

                          *SL R. Cl*

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**